UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROLINA JAROSZEWSKI, an individual,<br><br>         Plaintiff,<br><br>    vs<br><br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN, a foreign entity DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. CV 24-8303-GW-AYPx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 2:24-cv-08303-GW-JC is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: May 12, 2026

_George H. Wu_ _____

HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:24-cv-08303-GW-JC